ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Vectrus Systems Corporation | ) ASBCA No. 63239 |
| | ) |
| Under Contract No. FA56513-14-D-0008 | ) |

APPEARANCE FOR THE APPELLANT:    David Newsome, Esq.
        Assistant General Counsel
        McLean, VA

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
        Air Force Deputy Chief Trial Attorney
        Josephine R. Farinelli, Esq.
        Le'Dara Clark, Esq.
        Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE EYESTER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of € 52,097.09. This amount is inclusive of interest. No further interest shall be paid.

Dated: July 11, 2024

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____          _____
OWEN C. WILSON                              MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63239, Appeal of Vectrus Systems Corporation, rendered in conformance with the Board's Charter.

Dated: July 11, 2024


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals